NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000774
03-MAR-2015
11:05 AM

NO. CAAP-12-0000774

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
KENNEDY MAGNO, Defendant-Appellant


APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-CR. NO. 11-1-0348(4))


ORDER OF CORRECTION
(By:  Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order filed on January 13, 2015, is corrected by replacing the word "CIRCUIT" with the word "FAMILY" in the case caption on page 1 at line 6 so that as corrected, the text reads: "APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, March 3, 2015.

FOR THE COURT:

Associate Judge

---

[1]  Fujise, Presiding Judge, Leonard and Ginoza, JJ.